# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 00 GJ 341 | DATE | AUGUST 12, 2003 |
| CASE TITLE | US V. LAURENCE W. CAPRIOTTI, JACK L. HARGROVE, MICHEL D. THYFAULT, JAMES R. WALLWIN and GEORGE J. STIMAC | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

## GRAND JURY PROCEEDING AND REQUEST TO SEAL

The Grand Jury for the SPECIAL FEBRUARY 2002-1 Session, a quorum being present, returns the above-entitled indictment in open Court this date before

Judge or Magistrate Judge _Geraldine Soat Brown_  JUDGE MORAN

**FILED AUG 12 2003 MICHAEL W. DOBBINS CLERK, U.S. DISTRICT COURT**

**03CR0779**

**DOCKET ENTRY:**

TO SET SECURED BOND AT DEFENDANTS INITIAL APPEARANCE AS TO LAURENCE CAPRIOTTI, JACK HARGROVE AND MICHEL THYFAULT. TO SET PRELIMINARY BAIL AT $4500.00 AND THAT DEFENDANTS BE ALLOWED TO SIGN OWN RECOGNIZANCE BOND AS TO JAMES WILLWIN AND GEORGE STIMAC, granted. Enter order

**MAGISTRATE JUDGE ASHMAN**

Grand Jury for the SPECIAL FEBRUARY 2002-1 Session,

By _____ Foreman.

SIGNATURE OF CHIEF JUDGE _____ (ONLY IF FILED
OR MAGISTRATE JUDGE                          UNDER SEAL)

| | | | | |
|---|---|---|---|---|
| | No notices required, advised in open court. | | | Document Number |
| | No notices required. | | number of notices | |
| | Notices mailed by judge's staff. | | AUG 13 2003 | |
| | Notified counsel by telephone. | | date docketed | 3 |
| | Docketing to mail notices. | | | |
| | Mail AO 450 form. | | docketing deputy initials | |
| | Copy to judge/magistrate judge. | | | |
| | courtroom deputy's initials | Date/time received in central Clerk's Office | date mailed notice | |
| | | | mailing deputy initials | |