DOCKETED AUG 1 3 2003

 FILED AUG 1 2 2003 MICHAEL W. DOBBINS CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

United States of America

    Vs                                     Case No: 03cr779-All
Laurence W. Capriotti, Jack L. Hargrove,
Michel D Thyfault, James R Wallwin, George J Stimac

Notice of Arraignment and Plea

The above entitled case has been set for arraignment and plea on Tuesday
8/19/2003
at 9:00AM in courtroom 1241 in the Everett McKinley Dirksen Building at

219 South Dearborn St., Chicago, Illinois 60604 before the Honorable Judge
Amy St. Eve for Judge Moran

Bond has been set at                      312/263-0345
MAILED:   DFT   Laurence W. Capriotti   ATTY: Theordore T Poulos
            903 S Butternut Circle         33 N Dearborn St #600
            Frankfurt, Il 60423            Chicago, Il 60602
AUSA: Robert W Kent, Jr    Atty. Admission         Pretrial Services
                              Co-Ordinator            Assistant U.S. Atty

You must call the United States Pretrial Services Office(312)435-5793) 72 hours prior when you received this notice to schedule an interview with them before you appear in Court. You will be asked to provide the Pretrial Services Office with background information, which will be given to the court to assist in setting the conditions of your release. The Pretrial Services Office is located in Room 15100 at the Everett McKinley Dirksen Federal Bldg. at 219 So. Dearborn St., Chicago, Illinois 60604

                By: Patricia Palumbo          Date: Aug. 12, 2003
                    Deputy Clerk

| | | | |
|---|---|---|---|
| DFT 2 | Jack Hargrove, Jr<br>1710 Ocean Lane Unit 205<br>Fort Lauderdale, Fl 33316 | ATTY | Edward M Genson<br>55 W Jackson blvd #1420<br>Chicago, Il 60604   312/726-9015 |
| 3 | Michel D Thyfrult<br>516 Catherine St<br>LaGrange Il | | Aldo E Botti<br>720 Enterprise Dr<br>Oak Brok, Il 60523   630-573-8585<br>*Brook* |
| 4 | James R Wallwin<br>7614 Gayle<br>Darien, Il | | Shelly B Kulwin<br>161 N Clark St #2500<br>Chicago, Il 60601   312/641-0300 |
| 5 | George J Stimac<br>800 S Wells Apt *550*<br>Chicago, Il | | Shelly B Kulwin<br>161 N Clark St #2500<br>Chicago, Il 60601 312/641-0300 |