# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James B. Moran | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 03 CR 779 - 1-5 | **DATE** | 12/23/2003 |
| **CASE TITLE** | USA vs. LAURENCE W. CAPRIOTTI, et al | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]
(2) ☐ Brief in support of motion due _____.
(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.
(4) ☐ Ruling/Hearing on _____ set for _____ at _____.
(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(7) ☐ Trial[set for/re-set for] on _____ at _____.
(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.
(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
    ☐ FRCP4(m)   ☐ Local Rule 41.1   ☐ FRCP41(a)(1)   ☐ FRCP41(a)(2).
(10) ■ [Other docket entry] Status hearing held and continued to 2/11/04 at 9:15 a.m. Government's response to motion to suppress to be filed by 1/20/04. Defendant's reply to be filed by 2/10/04. Enter Order re subpoenas. Time is excluded based on finding the ends of justice is served by a continuance beginning on 12/23/03 and ending on 2/11/04.
(X-T)

(11) ■ [For further detail see order attached to the original minute order.]

| | | | |
|---|---|---|---|
| | No notices required, advised in open court. | | Document Number |
| | No notices required. | number of notices | |
| | Notices mailed by judge's staff. | DEC 2 4 2003 | |
| | Notified counsel by telephone. | date docketed | |
| ✓ | Docketing to mail notices. | | 72 |
| | Mail AO 450 form. | docketing deputy initials | |
| | Copy to judge/magistrate judge. | | |
| LG | courtroom deputy's initials | date mailed notice | |
| | | Date/time received in central Clerk's Office | mailing deputy initials |



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 03 CR 779 |
| ) | |
| LAURENCE W. CAPRIOTTI, ) | |
| JACK L. HARGROVE, ) | |
| MICHEL D. THYFAULT, ) | Judge James B. Moran |
| JAMES R. WALLWIN and ) | |
| GEORGE J. STIMAC ) | |

## ORDER

This matter having come before the Court on defendant Jack L. Hargrove's motion for early return of trial subpoenas, the government having no objection, and the Court being fully advised in the premises, it is hereby ORDERED that all parties may serve trial subpoenas with return dates prior to trial. The party issuing the subpoena may designate the return date of the subpoena and may direct the party receiving the subpoena to produce the subpoenaed materials directly to the attorney for the party serving the subpoena. Within three business days of the receipt of materials by trial subpoena, the attorney for the party issuing the subpoena shall give notice to counsel for all parties in the case by letter sent by facsimile. The letter shall briefly describe the materials received, and a copy of the subpoena shall be attached to the letter. Within ten business days of receipt, the attorney for the party issuing the subpoena shall produce copies of the subpoenaed materials to all parties who so request.

ENTER:

JAMES B. MORAN
United States District Court Judge

Date: 12/23/03