UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

DOCKETED
NOV 0 4 2004

FILED
OCT 28 2004

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 03 CR 779 |
| | ) | |
| LAURENCE W. CAPRIOTTI, | ) | |
| JACK L. HARGROVE, | ) | |
| MICHEL D. THYFAULT, | ) | Judge James B. Moran |
| JAMES R. WALLWIN and | ) | |
| GEORGE J. STIMAC | ) | |

### GOVERNMENT'S MOTION FOR LEAVE TO FILE
### GOVERNMENT'S CORRECTED EVIDENTIARY PROFFER
### SUPPORTING THE ADMISSIBILITY OF COCONSPIRATOR STATEMENTS

The UNITED STATES OF AMERICA, by PATRICK J. FITZGERALD, United States

Attorney for the Northern District of Illinois, hereby moves this Court for leave to file a corrected

evidentiary proffer of the government's evidence supporting the admission of coconspirators'

statements at trial. Upon review of the proffer filed on October 25, 2004, the government identified

a few errors on pages 20 and 21 of the proffer, relating to the funds that defendants Capriotti and

Hargrove received from the escrow accounts. The correct proffer incorporates these revisions. No

other changes have been made. The corrected proffer is being filed along with this motion.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: _Robert W Kent_____
ROBERT W. KENT, JR.
Assistant United States Attorney
219 South Dearborn Street
Room 500
Chicago, Illinois 60604
(312) 886-4185

114