Minute Order Form (rev. 4/99)　　　　　　　　　　　　　　　　　　　　　　　00 GJ 341

## UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS

| Name of Assigned Judge or Magistrate Judge | JUDGE MORAN | Sitting Judge if Other Than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 03 CR 779　MAGISTRATE JUDGE ASHMAN | **DATE** | NOVEMBER 04, 2004 |
| **CASE TITLE** | US V. LAURENCE W. CAPRIOTTI ETAL. (SEE ATTACHMENT) | | |

Motion: (In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd - party plaintiff, and (b) state briefly the nature of the motion being presented.)

### GRAND JURY PROCEEDING AND REQUEST TO SEAL

The Grand Jury for the ___SPECIAL AUGUST 2003-2___ Session, a quorum being present, returns the above-entitled indictment in open Court this date before

Judge or Magistrate Judge _Sidney I. Schenkier_

**Docket Entry:**

BOND SET IN 03 CR 779 TO STAND AS BOND IN THIS INSTANCE AS TO ALL DEFENDANTS.

**FILED**

NOV - 4 2004

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

SPECIAL AUGUST 2003-2

Grand Jury for the _____ Session,

By _____ Foreman.

SIGNATURE OF JUDGE _____ (ONLY IF FILED
OR MAGISTRATE JUDGE　　　　　　　　UNDER SEAL)

| | | | |
|---|---|---|---|
| No notices required, advised in open court.<br>No notices required.<br>Notices mailed by judge's staff.<br>Notified counsel by telephone.<br>Docketing to mail notices<br>Mail AO 450 form.<br>Copy to judge/magistrate judge. | | NOV 05 2004 | Number of notices<br>Date docketed<br>Docketing dpty. initials<br>Date mailed notice<br>Mailing dpty. initials |
| Courtroom Deputy Initials | Date/time received in Central Clerk's office | | DOCKET# 119 |

UNITED STATES OF AMERICA

v.

LAURENCE W. CAPRIOTTI,
JACK L. HARGROVE,
MICHEL D. THYFAULT,
JAMES R. WALLWIN and
GEORGE J. STIMAC