**DOCKETED**

NOV 3 0 2004

03 CR779-H
USA vs JAMES WALLWIN
Judge MORAN

## WAIVER OF CONFLICT OF INTEREST

    I, James Wallwin, having been fully advised of all potential conflicts of interest that may arise as the result of the joint representation by Shelly B. Kulwin, KULWIN & ASSOCIATES, and Jerome F. Crotty, RIECK & CROTTY, P.C., of myself along with George Stimac, regarding my pending indictment in connection with my employment at Inter County Title, I hereby knowingly and voluntarily waive all such conflicts.

By: _James Wallwin_
        James Wallwin

Dated: __10/25/04__

**FILED**

NOV 2 9 2004

Judge James B. Moran
United States District Court

125