Minute Order Form (06/97)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James B. Moran | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 03 CR 779 - 4 | **DATE** | 11/29/2004 |
| **CASE TITLE** | USA vs. JAMES R. WALLWIN | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]
(2) ☐ Brief in support of motion due _____.
(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.
(4) ☐ Ruling/Hearing on _____ set for _____ at _____.
(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(7) ☐ Trial[set for/re-set for] on _____ at _____.
(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.
(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
    ☐ FRCP4(m)   ☐ Local Rule 41.1   ☐ FRCP41(a)(1)   ☐ FRCP41(a)(2).
(10) ■ [Other docket entry]  Change of plea hearing held. Defendant withdraws plea of not guilty to all counts and enters a plea of guilty to count seventeen (17) of the superseding indictment. Defendant informed of rights. Judgment of guilty entered. Cause referred to the Probation Office for a presentence investigation. Sentencing is deferred until further order of court.

(11) ☐ [For further detail see order (on reverse side of/attached to) the original minute order.]

| | | |
|---|---|---|
| ☐ No notices required, advised in open court. | | **Document Number** |
| ☐ No notices required. | number of notices | |
| ☐ Notices mailed by judge's staff. | NOV 30 2004 | |
| ☐ Notified counsel by telephone. | date docketed | 127 |
| ✓ Docketing to mail notices. | docketing deputy initials | |
| ☐ Mail AO 450 form. | | |
| ☐ Copy to judge/magistrate judge. | U.S. DISTRICT COURT | |
| LG  courtroom deputy's initials | 2004 NOV 29 PM 6:31  date mailed notice | |
| | Date/time received in central Clerk's Office | mailing deputy initials |