UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**
JAN 31 2005 WH
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) No. 03 CR 779 |
| vs | ) Honorable James B. Moran, |
| | ) Judge Presiding. |
| JACK HARGROVE, | ) |
| Defendant. | ) |

### AGREED MOTION TO EXTEND TIME TO FILE

NOW COMES defendant Jack Hargrove, by and through his attorneys, the law firm of Genson and Gillespie, and requests this Honorable Court to reset the trial date in the instant matter.

Respectfully submitted,

_____
EDWARD M. GENSON

EDWARD M. GENSON
53 W. Jackson, Suite 1420
Chicago, IL 60604
(312) 726-9015