UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**
JAN 31 2005
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) No. 03 CR 779 |
| vs | ) Honorable James Moran, |
| | ) Judge Presiding. |
| JACK HARGROVE, | ) |
| Defendant. | ) |

## NOTICE OF MOTION

To: Bob Kent
Assistant United States Attorney
219 S. Dearborn, 5th floor
Chicago, IL 60604

PLEASE TAKE NOTICE that on this 9th day of February, 2005, at the hour of 9:00 a.m., I shall appear before the Honorable James B. Moran, and present Defendant's Motion to Reset Trial Date, a copy of which is attached hereto and served upon you.

_____
EDWARD M. GENSON

GENSON AND GILLESPIE
53 W. Jackson, Suite 1420
Chicago, IL 60604
(312) 726-9015

## CERTIFICATE OF SERVICE

I, EDWARD M. GENSON, certify that he has served this Notice and Motion upon the party directed by hand delivery on this 31st day of January, 2005.

_____
EDWARD M. GENSON