UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 03 CR 779 |
| | ) | |
| MICHEL D. THYFAULT | ) | Judge Milton I. Shadur |

**AGREED MOTION TO VACATE TRIAL DATE**

The UNITED STATES OF AMERICA, by PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, with the agreement of counsel for defendant Michel D. Thyfault, moves this Court to vacate the currently set trial date of October 30, 2006. In support of this motion, the government states as follows:

1. This case arises out of a fraudulent scheme spanning numerous years and involving numerous defendants that resulted in a loss in excess of $50 million. Defendant was charged with seven counts of fraud (both mail fraud and wire fraud) and one conspiracy count. Judge James B. Moran has presided over all aspects of the case since its indictment.

2. In August 2005, two defendants – Thyfault and Jack Hargrove – went to trial. The trial lasted approximately six weeks. At the end of the trial, Hargrove was convicted. The jury acquitted Thyfault of the conspiracy count and hung on the substantive mail and wire fraud counts.

3. The retrial of defendant Thyfault is currently set for October 30, 2006. The delay in the retrial has largely resulted from a delay in the trial transcripts being completed. The parties anticipate that the trial will last approximately two weeks.

4. A status hearing was scheduled on September 13, 2006. The status hearing did not go forward because Judge Moran was absent. It is the government's understanding that Judge

Moran continues to be absent. The next status hearing in this matter is set for December 7, 2006, after the scheduled trial date.

5. On October 4, 2006, counsel for the government spoke with Judge Moran's Minute Clerk about the trial in this matter. Judge Moran's Minute Clerk stated that she was not sure if the trial would be going forward on October 30, 2006. She further stated that she did not have the authority to strike the trial date.

6. Given the complex nature of the case and Judge Moran's familiarity with it, the parties believe that it would be in the best interests of justice to have him continue to preside over the case.

7. In order to prepare for trial, the government would have to meet with numerous witnesses and coordinate their appearances during the trial. In order to avoid having to impose on witness's time to prepare for a trial that may not proceed, the government, with the agreement of defense counsel, seeks to have the current trial date vacated. The government further requests that time be excluded until the next status date of December 7, 2006, pursuant to: (a) 18 U.S.C. § 3161(h)(1)(F) because defendant has stated that he intends to file a pretrial motions and Judge Moran had granted him leave to do so; and (b) 18 U.S.C. § 3161(h)(8)(A), as it is in the interests of justice to delay this matter until Judge Moran returns and can preside over it.

WHEREFORE, the United States of America respectfully requests that this Court vacate the current trial date of October 30, 2006, and exclude time until the next status date on December 7, 2006.

Dated: October 4, 2006

                              Respectfully submitted,

                              PATRICK J. FITZGERALD

                By:    Scott R. Drury/s
                       SCOTT R. DRURY
                       Assistant United States Attorney
                       219 South Dearborn, 3rd Floor
                       Chicago, Illinois 60604
                       (312) 353-1416

**CERTIFICATE OF SERVICE**

The undersigned Assistant United States Attorney hereby certifies that the following document:

**Agreed Motion to Vacate Trial Date**

was served on October 4, 2006, in accordance with FED. R. CRIM. P. 49, FED. R. CIV. P. 5, LR 5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers.

                By:    Scott R. Drury/s
                        SCOTT R. DRURY
                        Assistant United States Attorney
                        219 South Dearborn, 3rd Floor
                        Chicago, Illinois 60604
                        (312) 353-1416