August 1, 2003

To Whom It May Concern:

I have known James (Jim) Wallwin since 1960. Our friendship has remained in tact for the past 43 years.

Jim and I met in the streets of Chicago when we were eight and nine years old. His single mother, Betty, who worked full time to support her family, raised him and his younger brother. Jim's grandmother also went to live with them. I spent many days and nights with Jim who cared for his brother and his home while his mother worked.

After Jim was married, he lived in an apartment many years, saving enough money to buy a home that would include some living accommodation for his mother. He was determined to care for her, while allowing her to maintain her dignity and personal independence. Jim also took a very significant interest in supporting his nephew during this time as well. He has maintained a long and loving marriage to his wife, and his two children have always been a source of tremendous pride with each of their individual accomplishments.

Jim has always been a quiet and unassuming man. He has worked hard for many years and has earned everything that has come his way. Over the years, Jim has cultivated deep, lasting relationships with his family and with his friends. His generosity and sincerity are unparalleled. He would be at my family's side in a moment's notice.

Jim is one of the most hard working, decent and honest men I have had the privilege of knowing. He is a man who has always put his family first.

He has always and continues to live his life with honesty and integrity, and will remain my dear friend for the rest of my life.


Sincerely,

Art Poulopoulos
610 Edenwood Drive
Roselle, IL
(708) 347-1821

August 1, 2003

Please allow this letter to serve as character reference for Jim Wallwin, a long-term acquaintance and friend.

I first came to know Jim more than 30 years ago prior to his marriage to Rose and liked him instantly. He was a down-to-earth "city-boy" who played softball and easily fit with our suburban friends. We enjoyed movies, picnics, and trips together.

Throughout the years, a strong friendship was forged. Jim proved himself to be moral, ethical and more than willing to help whenever anyone needed a hand. I have always admired Jim's honesty.

Eventually, we also became "acquaintances" through business. Although I was employed in the mortgage industry and Jim in title services, we attended many joint functions and events, and shared many of the same business associations. People like Jim and believe in him. He established and maintains an excellent reputation with his industry associates.

I am honored to have been asked to provide this reference for Jim and do so willingly. He is a good guy!

Respectfully,


Mary Ann Marino
16815 S Oak Park Avenue
Tinley Park, IL 60477

August 1, 2003

To Whom It May Concern:

My brother-in-law, Jim Wallwin is the nicest person I have ever met. For well over 20 years now I have had a relationship with Jim. I have never once seen him raise his voice, nor anything else that would be considered out of the ordinary. He is especially kind when playing with children. Even those that are not his own children, he goes out of his way to make them feel improtant and loved. He is of course, the same way with adults, but kids are special to him. Mostly, I would say about Jim,is that he is a person in my life that has been someone to look up to as I grew up, as all children need this when they are growing. If there is anyone I want my children to look up to, it is Jim.


Janet Huff

August 2, 2003

To: Any Interested Party

My Uncle Jim has always been like a second father to me.  My parents were very young when they had me so my Uncle filled in where ever he could. He has made a life lasting impression on me. I have repeatedly told my wife that I strive in life to be just like him. He is a patientm loving and caring man that would do anything to help his family or someone he cares about.  He has always had open arms for me and now my wife, he and my Aunt Rose have taken her in likeone of their own as they did me.

When I was young my Uncle used to have mecome over to his house and help him with household tasks like cutting the grass, hanging shelves, hanging Christmas lights etc.  He taught me a lot about what it meant to be a responsible man and human being.  I could not imagine not having him in my life;  he always has and will always continue to mean a lot to me.


William J. Wallwin

August 3, 2003

To Whom It May Concern:

Jim Wallwin is a good hearted person. He has never been rude to any person. Jim is a family man who could not love or be more proud of his wife and children. Family and friends are a big part of his life. Jim is always willing to help and doesn't expect anything in return. We are proud to call him Family! The most important measure of a man or woman is how they treat their family. My wife and I have known Jim for over Twenty-five years and in that span we have seen a loving husband and father, second to none! Furthermore, Sherry along with myself without any hesitation feel that if something were to happen to us, we would entrust Jim with the well-being of our two children. We have seen at family gatherings the little things that a loving father does. There's Jim doing it, whether it's playing catch , flying a kite, watching a basketball game, playing a GO Fish card game, the list goes on and on. Oh by the way, he does these things with his daughter, son, nieces, nephews, sister, bother, wife, well you get the point, he is the definition of what a family man is! Jim is not a boastful person, in fact, he would probably be embarrassed to read this, but Sherry and I feel that we need to stand up and be counted when it comes to the matter of Jim's character! After Family and Friends comes another area of life we all have to deal with, Finances. Everyone dreams about being wealthy at one time or another. I to have those daydreams, and its funny no matter how many itmes I dream I've won the lotto game theres's always the same recurring thought. Jim would be the one person I would trust to help manage what I can only imagineto be a huge responsibility. In conclusion, I glen Jones along with my wife feel personally offended that Jim's character is in question and that we stand in Jim's corner, a corner that is quite crowded!

Glen & Sherry Jones