## United States District Court for the Northern District of Illinois
Revised 03/11/2008

Case Number: 03CR779-4    Assigned/Issued By: JN

Judge Name:    Designated Magistrate Judge:

---

**FEE INFORMATION**

*Amount Due:*  ☐ $350.00   ☐ $39.00   ☐ $5.00
☐ IFP   ☐ No Fee   ☐ Other _____
☑ $455.00

Number of Service Copies _____    Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: _____    Receipt #: _____

Date Payment Rec'd: _____    Fiscal Clerk: _____

---

**ISSUANCES**

☐ Summons    ☐ Alias Summons
☐ Third Party Summons    ☐ Lis Pendens
☐ Non Wage Garnishment Summons    ☐ Abstract of Judgment
☐ Wage-Deduction Garnishment Summons
☑ Citation to Discover Assets
   _____
   (Victim, Against and $ Amount)
☐ Writ _____    ☐ Other
   (Type of Writ)        _____
                (Type of issuance)

2    Original and 2    copies on 11-12-09    as to PRUDENTIAL INSURANCE
                    (Date)
COMPANY OF AMERICA; LINCOLN FINANCIAL GROUP ( NO NOTICES FILED)
_____