CITATION TO FINANCIAL INSTITUTION IN CRIMINAL CASE

Issued by the
# United States District Court
## NORTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA

**THIRD PARTY CITATION TO DISCOVER ASSETS**

V.

CASE NUMBER: 03 CR 779-4

JAMES WALLWIN

TO: Lincoln Financial Group, 100 Greene Street, Greensboro, NC 27401, Attn: Legal

On September 18, 2008, the court entered judgment in favor of the United States and against James Wallwin, XXX-XX-5285, and it remains unsatisfied in the total amount of $15,000,050.00.

**YOU ARE PROHIBITED** from making or allowing any transfer or other disposition of, or interfering with, any property not exempt from execution or garnishment belonging to the judgment debtor or to which he may be entitled or which may be acquired by or become due to the judgment debtor and from paying over or otherwise disposing of any money not so exempt, which is due or becomes due to judgment debtor, until further order of court or termination of the proceedings. You are required to withhold the payment or transfer of any money or other property no more than twice the amount of the unsatisfied judgment.

**YOUR FAILURE TO APPEAR AND ANSWER AS HEREIN DIRECTED MAY CAUSE YOU TO BE ARRESTED AND BROUGHT BEFORE THE COURT TO ANSWER TO A CHARGE OF CONTEMPT OF COURT, WHICH MAY BE PUNISHABLE BY IMPRISONMENT.**

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to be examined under oath to discover assets or income not exempt from the enforcement of the judgment.

| PLACE OF TESTIMONY | COURTROOM | DATE AND TIME |
|---|---|---|
|  |  |  |

☒ YOU ARE COMMANDED to appear in the Office of the United States Attorney at the place, date, and time specified below to be examined under oath to discover assets or income not exempt from the enforcement of the judgment.

| PLACE OF TESTIMONY | DATE AND TIME |
|---|---|
| 230 South Dearborn Street, Suite 3948, Chicago, Illinois 60604 | December 3, 2009 at 9:30 a.m. <br> A timely written answer will make your personal appearance unnecessary. |

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents at the place, date, and time specified above: <u>See</u> attached rider.

| CERTIFICATE OF ATTORNEY | MICHAEL W. DOBBINS, Clerk of the District Court |
|---|---|
| The undersigned certifies under penalties of perjury provided by law (735 ILCS 5/1-109) that on September 18, 2008 judgment was entered against the defendant in the amount of $15,000,050.00 in the **United States District Court for the Northern District of Illinois** in case number 03 CR 779-4, and the balance now due is $15,000,050.00. <br><br> *[signature]* <br> Joseph A. Stewart, Assistant United States Attorney, 219 S. Dearborn Street, 5th Floor, Chicago, Illinois 60604; (312) 469-6008. | *[signature] J. Nunez* <br> (By) Deputy Clerk <br> 11-12-09 <br> Date |

## PROOF OF SERVICE

| | DATE | PLACE |
|---|---|---|
| SERVED | 11/16/2009 | Lincoln Financial Group, 100 Greene Street, Greensboro, NC 27401, Attn: Legal |

| SERVED ON (PRINT NAME) | MANNER OF SERVICE |
|---|---|
| Lincoln Financial Group | Certified Mail |

| SERVED BY (PRINT NAME) | TITLE |
|---|---|
| Charles F. Vetter | Legal Assistant |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that I am over 21 years of age and the foregoing information contained in the Proof of Service is true and correct.

Executed on  02/12/2010
DATE

SIGNATURE OF SERVER

219 S. Dearborn Street, 5th Floor, Chicago, Illinois 60604

ADDRESS OF SERVER

---

**Notice to judgment debtor pursuant to the Illinois Code of Civil Procedure § 2-1402(b)**

### CITATION NOTICE

In the United States District Court
for the Northern District of Illinois
219 S. Dearborn St., Chicago, Illinois

| United States, | Judgment Creditor |
|---|---|
| v. | |
| James Wallwin, | Judgment Debtor |
| | 7614 Gail Ave. |
| | Darien, IL 60561 |

Amount of judgment:  $15,000,050.00

This citation is directed to:  Lincoln Financial Group

**NOTICE:** The court has issued a citation against the person named above. The citation directs that person to appear at the place designated above to be examined for the purpose of allowing the judgment creditor to discover income and assets belonging to you, the judgment debtor, or in which you, the judgment debtor, has an interest. The citation was issued on the basis of a judgment against you, the judgment debtor, in favor of the judgment creditor in the amount stated above. On or after the date stated above, the court may compel the application of any discovered income or assets toward payment on the judgment.

The amount of income or assets that may be applied toward the judgment for criminal fines and restitution is limited by federal and Illinois law. The JUDGMENT DEBTOR HAS THE RIGHT TO ASSERT STATUTORY EXEMPTIONS AGAINST CERTAIN INCOME OR ASSETS OF THE JUDGMENT DEBTOR WHICH MAY NOT BE USED TO SATISFY THE JUDGMENT IN THE AMOUNT STATED ABOVE.

Under federal law relating to the enforcement of judgments for criminal fines and restitution, the property exempt from levy is:

(1) **Wearing apparel and school books** necessary for the debtor or for his family;

(2) **Fuel, provisions, furniture, and personal effects** in the debtor's household, and for personal use, livestock, and poultry of the debtor, as does not exceed $6,250 in value;

(3) **Books and tools of a trade, business, or profession.** necessary for the trade, business, or profession of the debtor as do not exceed in the aggregate $3,125 in value;

(4) **Unemployment benefits** payable to an individual with respect to his unemployment (including any portion thereof payable with respect to dependents).

(5) **Undelivered mail** to any person, which has not been delivered to the addressee.

(6) **Certain annuity and pension payments** under the Railroad Retirement Act, benefits under the Railroad Unemployment Insurance Act, special pension payments received by a person whose name has been entered on the Army, Navy, Air Force, and Coast Guard Medal of Honor roll, and annuities based on retired or retainer pay under chapter 73 of title 10 of the United States Code.

(7) **Workmen's compensation** payable to an individual (including any portion thereof payable with respect to dependents) under a workmen's compensation law.

(8) **Judgments for support of minor children** required by judgment of a court of competent jurisdiction, entered prior to the date of levy, to contribute to the support of his minor children

(9) **Certain service-connected disability payments** payable to an individual as a service-connected (within the meaning of section 101(16) of title 38, United States Code) disability benefit.

(10) **Assistance under Job Training Partnership Act.** under the Job Training Partnership Act (29 U.S.C. 1501 et seq.) from funds appropriated pursuant to such Act.

(See 18 U.S.C. § 3613(a) and 26 U.S.C. § 6334.)

THE JUDGMENT DEBTOR HAS THE RIGHT AT THE CITATION HEARING TO DECLARE EXEMPT CERTAIN INCOME OR ASSETS OR BOTH. The judgment debtor also has the right to seek a declaration at an earlier date, by notifying the clerk in writing at 219 S. Dearborn, 20th Floor, Chicago, Illinois 60604. When so notified, the Clerk of the Court will obtain a prompt hearing date from the court and will provide the necessary forms that must be prepared by the judgment debtor or the attorney for the judgment debtor and sent to the judgment creditor and the judgment creditor's attorney regarding the time and location of the hearing.

### Certificate of Mailing

I, Llaniret Sanchez, certify that within three business days of service on the above-named third party citation respondent a copy of this citation to discover assets and citation notice were sent by first class U.S. Mail to the judgment debtor's last known address, which is 7614 Gail Ave., Darien, IL 60561.

## Rider to the Third Party Citation to
## Discover Assets served on Lincoln Financial Group
## in United States v. James Wallwin, Case No. 03 CR 779-4

Produce all documents and things in your possession or control concerning the following list of items as they relate to the property, income, or assets of the judgment debtor:

1. Statements of account for the last 6 months for any account.

2. Loans or credit made or extended to the judgment debtor, including, but not limited to, applications for loans or credit.

3. Safety deposit boxes.

4. Signature cards or other indicia of ownership for any account maintained by or for the judgment debtor, if the account is also owned by someone other than the judgment debtor.

5. Any other documents which may contain information concerning the property, income, or assets of the judgment debtor.

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Seth Law_ ☐ Agent ☐ Addressee

B. Received by (Printed Name): Seth Ance
C. Date of Delivery: NOV 2009

D. Is delivery address different from item 1? ☐ Yes ☐ No
If YES, enter delivery address below:

1. Article Addressed to:

Lincoln Financial Group
100 Greene Street
Greensboro, NC 27401
Attn: Legal

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7009 1410 0001 6620 5172

PS Form 3811, February 2004 — Domestic Return Receipt — 102595-02-M-1540