## United States District Court for the Northern District of Illinois
Revised 03/11/2008

Case Number: 03CR779-4     Assigned/Issued By: DAJ

Judge Name: _____     Designated Magistrate Judge: _____

---

### FEE INFORMATION

*Amount Due:*  ☐ $350.00   ☐ $39.00   ☐ $5.00

☐ IFP   ☐ No Fee   ☐ Other _____

☐ $455.00

Number of Service Copies _____     Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: _____     Receipt #: _____

Date Payment Rec'd: _____     Fiscal Clerk: _____

---

### ISSUANCES

☐ Summons     ☐ Alias Summons

☐ Third Party Summons     ☐ Lis Pendens

☐ Non Wage Garnishment Summons     ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons

☑ Citation to Discover Assets

_____
_____
*(Victim, Against and $ Amount)*

☐ Writ _____     ☐ Other
*(Type of Writ)*

_____
_____
*(Type of issuance)*

1 Original and 1 copies on 06/15/10 as to _____
*(Date)*

JAMES WALLWIN