C0a0-07Jun10-703        MHK

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

F I L E D
6-15-2010
JUN 1 5 2010

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| JAMES WALLWIN, | ) ) |
| Defendant, | ) ) |
| and | ) ) |
| JP MORGAN CHASE BANK, N.A., | ) ) |
| Third Party Citation Respondent. | ) ) ) |

03CR779

No. 03 CR 779-4

Judge James B. Moran

## ANSWER OF THIRD PARTY CITATION RESPONDENT

I, __Paula Powell__, the __agent__ of Respondent, __JPmorgan Chase Bank NA__, state
 (name)              (title)
under penalty of perjury as follows:

The Respondent is a __National Association__ organized under the laws of the State of __United States of America__.
  (partnership, corporation)

On __6/7/10__, Respondent was served with the Third Party Citation to Discover Assets. With respect to the judgment debtor, James Wallwin, on the day Respondent was served with the Citation, Respondent had in its possession or control the following property of the judgment debtor:

1.  **Financial Accounts**

**Account 1**
Account type: __Checking - joint owner RoseMarie Wallwin__
Account No. __687133280__
Amount: $ __424.02__
Amount withheld: $ __424.02__

**Account 2**
Account type: __Checking - joint owner James R Wallwin III__
Account No. __698 416 537__
Amount: $ __9.11__
Amount withheld: $ __9.11__

**Account 3**
Account type: __Checking - joint owner RoseMarie Wallwin__
Account No.: __1110032302290__
Amount: $ __49.99__
Amount withheld: $ __49.99__

**Account 4**
Account type: __Savings - sole owner__
Account No. __642140453__
Amount: $ __1.64__
Amount withheld: $ __1.64__

Account Type: Checking - Midwest Business Services
Account No: 1115001973385
Amount $456.56
Amount withheld: $456.56

2.  **Safety Deposit Box**

Box No. __N/A__
Amount: $ __N/A__
Owners other than the judgment debtor: __N/A__

3. Detail other personal property in the respondent's possession or control.

  N|A

4. Are there prior garnishments or other court-ordered withholdings which are presently in effect including, but not limited to child support, and alimony?
  Yes ___ No X

If the answer is yes, describe below.

_____

5. Does the Respondent have custody, control or possession of any property, other than accounts, safety deposit boxes or other personal property, now owed or to be paid in the future, in which the judgment debtor has an interest?
  Yes ___ No X

If yes, please describe below (continue on additional sheets if necessary):

_____

6. Check and complete the applicable line below if you deny that you hold property subject to this Citation to Discover Assets.

___ The Respondent has the following objections, defenses, or set-offs to the United States' right to apply Respondent's indebtedness to defendant to the United States' claim:

___ On the date the Respondent was served with the Citation to Discover Assets, Respondent was not indebted or under liability to the defendant, and/or did not have in its possession or control any assets, income or other property belonging to Respondent, or in which the defendant has an interest.

7. The original Answer must be delivered in person or sent by first-class mail to the United States Attorney's Office, 219 South Dearborn Street, 5th Floor, Chicago, Illinois 60604.

8. The Respondent mailed a copy of this Answer by first-class mail to:

(A) the defendant, James Wallwin, at 1050 Ripple Ridge, Darien, IL 60561-4514

**VERIFICATION**

Pursuant to 28 U.S.C. § 1746, I verify under penalty of perjury that the foregoing is true and correct.

Executed this 8th day of June, 2010.

6/8/10

Bri Ly

Brian Cooney, Attorney At Law
NOTARY PUBLIC - STATE OF OHIO
My commission has no expiration date
Sec. 147.03 R.C.

Paula Powell
(Please print and sign name.)

Phone No. 614-248-0730

JPMORGAN CHASE BANK, N.A.
340 S. CLEVELAND AVENUE
OH1-1283
WESTERVILLE, OH 43081-8917