## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2
### Eastern Division

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| Plaintiff, | |
| v. | Case No.: 1:03−cr−00779 |
| | Honorable Amy J. St. Eve |
| , et al. | |
| Defendant. | |

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, March 21, 2011:

MINUTE entry before the Honorable Amy J. St. Eve:as to James R Wallwin: Show cause hearing held on 3/21/2011. Defendant is found guilty of violation no. 1 (failure to pay restitution as ordered by the Court) and violation no. 2 (failure to submit a truthful and complete written report within the first five days of each month). Defendant's conditions of probation are modified to add that defendant shall perform an additional 100 hours of community service at the direction of and in the discretion of the U.S. Probation Office. Defendant must submit any outstanding reports to his probation officer by 4/11/11 and should continue to provide them every month as directed by his probation officer. Mailed notice (kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.