UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | |
| ) | |
| JAMES WALLWIN, ) | |
| ) | No. 03 CR 779-4 |
| Defendant, ) | |
| and ) | Judge Amy St. Eve |
| ) | |
| PRUDENTIAL LIFE INSURANCE ) | |
| COMPANY OF AMERICA, ) | |
| ) | |
| Third Party Citation Respondent. | |

## MOTION FOR TURNOVER ORDER

The United States, by Patrick J. Fitzgerald, United States Attorney for the Northern District of Illinois, moves this court for a turnover order, and in support states as follows:

1. Judgment in the captioned matter was entered in favor of the United States and against defendant on September 18, 2008. Pursuant to 18 U.S.C. § 3613(c), upon entry of judgment a lien arises on all of defendant's property and rights to property. As of March 6, 2012, the defendant has an outstanding balance of $14,997,863.80.

2. The United States may use any federal or state procedure to enforce the judgment. 18 U.S.C. §§ 3613(a) and (f). A citation to discover assets directed to respondent, Prudential Life Insurance Company of America was issued on the judgment on June 4, 2010 and served on June 9, 2010 with statutory notice to the defendant.

3. Pursuant to the citation to discover assets, respondent answered on June 17, 2010. A copy of the answer is attached as Exhibit A. In its answer, respondent stated that, at the time the citation was served, respondent had in its possession or under its control $2,495.72 belonging to the defendant, James Wallwin. Based upon respondent's answer, the United States is entitled to the

entire current liquidated value, which represents the non-exempt portion of the funds being held by Prudential Life Insurance Company that will reduce the judgment debt. 18 U.S.C. § 3613(a) and 26 U.S.C. § 6334.

4. The Clerk of the Court collects all payments on monetary penalties imposed in criminal cases; accordingly, all payments should have 03 CR 779-4 written in the lower left corner of the check and be submitted to:

> Clerk of the Court for the Northern District of Illinois
> 219 South Dearborn Street, 20th Floor
> Chicago, Illinois 60604

5. The United States has provided all notices required by law.

WHEREFORE, the United States moves for entry of a turnover order directing the respondent, Prudential Life Insurance Company to submit to the Clerk of the Court the entire current liquidated value, which represents defendant's nonexempt interest in the funds in respondent's possession to be applied to the defendant's outstanding restitution.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: s/ Joseph A. Stewart
 JOSEPH A. STEWART
 Assistant United States Attorney
 219 South Dearborn Street
 Chicago, Illinois 60604
 (312) 469-6008
 joseph.stewart@usdoj.gov

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | |
| JAMES WALLWIN, | ) ) ) | |
| Defendant, | ) ) | No. 03 CR 779-4 |
| and | ) ) | |
| PRUDENTIAL INSURANCE COMPANY OF AMERICA, | ) ) ) | Judge James B. Moran |
| Third Party Citation Respondent. | ) | |

## ANSWER OF THIRD PARTY CITATION RESPONDENT

I, __Carol Hercey__, the __Mgr. Paralegal__ of Respondent, __The Prudential Ins. Co. of America__, state
(name)          (title)
under penalty of perjury as follows:

The Respondent is a __Corp__ organized under the laws of the State of __NJ__.
                         (partnership, corporation)

On __6/9/10__, Respondent was served with the Third Party Citation to Discover Assets. With respect to the judgment debtor, James Wallwin, on the day Respondent was served with the Citation, Respondent had in its possession or control the following property of the judgment debtor:

1. **Financial Accounts**

**Account 1**
Account type: __See attached__
Account No.: __▮▮▮▮6344__
Amount: $ __2,495.72__
Amount withheld: $

**Account 2**
Account type:
Account No.:
Amount: $
Amount withheld: $

**Account 3**
Account type:
Account No.:
Amount: $
Amount withheld: $

**Account 4**
Account type:
Account No.:
Amount: $
Amount withheld: $

2. **Safety Deposit Box** __N/A__

    Box No.:

    Amount: $

    Owners other than the judgment debtor:

3. Detail other personal property in the respondent's possession or control:
   _____ None _____.

4. Are there prior garnishments or other court-ordered withholdings which are presently in effect including, but not limited to child support and alimony?
   Yes ___ No _X_

If the answer is yes, describe below.

_____.

5. Does the Respondent have custody, control or possession of any property, other than accounts, safety deposit boxes or other personal property, now owed or to be paid in the future, in which the judgment debtor has an interest?
   Yes ___ No _X_

If yes, please describe below (continue on additional sheets if necessary):

_____.

6. Check and complete the applicable line below if you deny that you hold property subject to this Citation to Discover Assets.

____ The Respondent has the following objections, defenses, or set-offs to the United States' right to apply Respondent's indebtedness to defendant to the United States' claim:
_____

____ On the date the Respondent was served with the Citation to Discover Assets, Respondent was not indebted or under liability to the defendant, and/or did not have in its possession or control any assets, income or other property belonging to Respondent, or in which the defendant has an interest.

7. The original Answer must be delivered in person or sent by first-class mail to the United States Attorney's Office, 219 South Dearborn Street, 5th Floor, Chicago, Illinois 60604.

8. The Respondent mailed a copy of this Answer by first-class mail to:

(A) the defendant, James Wallwin, at _James Wallwin_
_____, Darien, IL _____.

**VERIFICATION**

Pursuant to 28 U.S.C. § 1746, I verify under penalty of perjury that the foregoing is true and correct.

Executed this _17th_ day of _June_, 20_10_.

_Carol Hercey_
(Please print and sign name.)

Phone No. _215-784-2235_

Carol Hercey

Attachment to Answer of Third Party Citation Respondent, The Prudential Insurance Company of America

Re: United States of America v. James Wallwin
Case No. 03 CR 779-4

The present value of James Wallwin's Alliance account is $2,495.72. The Alliance account is a settlement option for death benefits payable under a life insurance policy. The amount held on behalf of James Wallwin consists of death benefits paid to Mr. Wallwin as beneficiary under a life insurance policy and the account certificate is considered a supplemental contract to the life insurance policy from which benefits are paid. Therefore, this account may be exempt from creditors pursuant to 735 ILCS 5/12-1001