UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| JAMES WALLWIN, | ) | |
| | ) | No. 03 CR 779-4 |
| Defendant, | ) | |
| and | ) | |
| | ) | Judge Amy St. Eve |
| PRUDENTIAL INSURANCE COMPANY | ) | |
| OF AMERICA, | ) | |
| | ) | |
| Third Party Citation Respondent. | | |

## TURNOVER ORDER

This matter is before the Court on the United States' motion for a turnover order. The Court has reviewed the motion and finds as follows:

1.     Judgment in the captioned matter was entered in favor of the United States and against defendant on September 18, 2008. As of February 8, 2012, the defendant has an outstanding balance of $14,997,863.80.

2.     A citation to discover assets directed to respondent, Prudential Insurance Company of America, was issued on the judgment on June 4, 2010 and was served on June 9, 2010 with statutory notice to the defendant.

3.     Respondent answered the citation on June 17, 2010. In its answer, respondent stated that, at the time the citation was served, respondent had in its possession or under its control, $2,495.72 belonging to the defendant, James Wallwin. Based upon respondent's answer, the United States is entitled to the entire current liquidated value, which represents the non-exempt portion of

the funds being held by Prudential Insurance Company of America that will reduce the judgment debt.

4.      The Clerk of the Court collects all payments on monetary penalties imposed in criminal cases.  It is therefore,

ORDERED that respondent, Prudential Insurance Company of America, submit to the Clerk of the Court for the Northern District of Illinois, the entire current liquidated value, which represents defendant's nonexempt interest in the funds in respondent's possession.

ENTER:

_____

AMY J. ST. EVE
United States District Judge

Date:  May 22, 2012